· Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, C.J., and CRANDALL and KAROHL, JJ.

### ORDER

Defendant, Kelly Edwards, was convicted of thirteen counts of sodomy of a child less than fourteen years of age, § 566.060, RSMo Supp.1993, one count of rape of a. child less than fourteen years of age, § 566.030 RSMo Supp.1993, five counts of armed criminal action, § 571.015, RSMo 1994, and one count of escape from custody, § 575.200, RSMo 1994. Defendant was sentenced as a persistent sexual offender to fifty years imprisonment for each of the sodomy counts, fifty years imprisonment for the rape count, life in prison for each count of armed criminal action, and five years imprisonment for escape from custody.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments of the trial court and motion court are affirmed in accordance with Rule 30.25(b) and 84.16(b).

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

After the defendant was convicted of attempted forcible rape, § 566.030, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994, he was sentenced by the court as a persistent offender to consecutive terms of twenty five and ten years. He filed a motion under Rule 29.15 which was overruled. He appeals, but raises no points of error relating to the 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**John PAYNE, Appellant.**

**John PAYNE, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 67095, 70618.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 8, 1997.

■

**STATE of Missouri, Respondent,**

v.

**Sterling EDWARDS,
Defendant/Appellant.**

**Sterling EDWARDS, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 68406, 70483.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 8, 1997.